## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF FLORIDA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:17-cv-21382-DPG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS

To:     U.S. Department of Homeland Security
        The Honorable John F. Kelly
        Secretary of Homeland Security
        Washington, D.C.  20528

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Nancy G. Abudu
        ACLU of Florida
        4343 West Flagler St., Suite 400
        Miami, FL 33134
        Tel: (786) 363-2707
        Fax: (786) 363-1108
        nabudu@aclufl.org

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                CLERK OF COURT

Date:

                                _____
                                Signature of Clerk or Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:17-cv-21382-DPG |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

To:     U.S. Customs and Border Protection
        Miami Field Office
        909 S.E. 1st Avenue, Ste. 980
        Miami, FL  33131

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Nancy G. Abudu
        ACLU of Florida
        4343 West Flagler St., Suite 400
        Miami, FL 33134
        Tel: (786) 363-2707
        Fax: (786) 363-1108
        nabudu@aclufl.org

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                        CLERK OF COURT

Date:

                                        Signature of Clerk or Deputy Clerk