IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

AMERICAN CIVIL LIBERTIES UNION OF )
FLORIDA, )
)
)
                Plaintiff, )
) Case No. 1:17-cv-21382-DPG
    v. )
)
U.S. DEPARTMENT OF HOMELAND )
SECURITY and U.S. CUSTOMS AND )
BORDER PROTECTION, )
)
                Defendants. )

## SUMMONS

To:    U.S. Department of Homeland Security
        The Honorable John F. Kelly
        Secretary of Homeland Security
        Washington, D.C.  20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy G. Abudu
ACLU of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2707
Fax: (786) 363-1108
nabudu@aclufl.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: May 11, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Autumn Sandoval*
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:17-cv-21382-DPG |

**SUMMONS**

To:  U.S. Customs and Border Protection
 Miami Field Office
 909 S.E. 1st Avenue, Ste. 980
 Miami, FL  33131

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Nancy G. Abudu
 ACLU of Florida
 4343 West Flagler St., Suite 400
 Miami, FL 33134
 Tel: (786) 363-2707
 Fax: (786) 363-1108
 nabudu@aclufl.org

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: May 11, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Autumn Sandoval*
Deputy Clerk
U.S. District Courts