**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:17-cv-21382-DPG

AMERICAN CIVIL LIBERTIES UNION OF FLORIDA,

        Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,

        Defendants.

**PLAINTIFFS' AGREED MOTION TO REINSTATE**
**ADMINISTRATIVELY CLOSED CASE**

COMES NOW, Plaintiff American Civil Liberties Union of Florida ("Plaintiff") and hereby moves this Court to reinstate this administratively closed case.

In support of this Motion, Plaintiffs state the following:

1. On June 29, 2017, this Court entered an Order Staying this case pending a transfer decision by the Judicial Panel on Multidistrict Litigation, and administratively closed the case for statistical purposes only, without prejudice to the substantive rights of any of the parties. This Court also ordered that any party may move to reopen this case at the appropriate time.

2. "Defendants" Motion to Transfer was denied on August 2, 2017.

3. Plaintiff now requests that this case be returned to the active docket.

4. Plaintiff has conferred with counsel for the Defendants who advises that there is no objection to this motion.

5. Plaintiff and Defendants agree and request that Defendants have until August 22, 2017 to respond to the Complaint.

Respectfully submitted,

By: */s/ Andrea Flynn Mogensen*
ANDREA FLYNN MOGENSEN, Esq.

Law Office of Andrea Flynn Mogensen, P.A.
200 South Washington Boulevard, Suite 7
Sarasota FL 34236
Telephone: 941.955.1066
Fax: 941.955.1008
Florida Bar No. 0549681
amogensen@sunshinelitigation.com
mbarfield@sunshinelitigation.com

BRIAN LEE TANNEBAUM, Esq.
1 SE 3rd Avenue, Suite 1400
Miami, FL 33131-1708
Telephone: (305) 374-7850
Florida Bar No. 47880
btannebaum@tannebaum.com

NANCY G. ABUDU, Esq.
Legal Director
ACLU of Florida, Inc.
4500 Biscayne Blvd.
Miami, FL 33137-3254
(786) 363-2700
Florida Bar No. 111881
nabudu@aclufl.org

AMIEN KACOU, Esq.
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
(813) 288-8390 (phone)
akacou@aclufl.org

Attorneys for Plaintiff

AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, INC.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the Plaintiff has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues and that Defendant has advised they agree to this Motion.

        By: */s/ Andrea Flynn Mogensen*_____
           ANDREA FLYNN MOGENSEN, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of August, 2017, I electronically filed the foregoing Motion to Reinstate Administratively Closed Case through the CM/ECF system, which will send an electronic notice of such filing to the attorneys of record registered on the CM/ECF system.

          *l/s/ Andrea Flynn Mogensen*_____
          ANDREA FLYNN MOGENSEN, Esq.