UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-21382-GAYLES

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA,

    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. CUSTOMS AND
BORDER PROTECTION,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** comes before the Court on the parties Joint Status Report [ECF No. 40]. The Court has reviewed the Joint Status Report, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Defendants shall process 300 pages of records identified as potentially responsive to Plaintiff's requests, and produce to Plaintiff those records deemed responsive and non-exempt, by February 28, 2018.

2. The parties shall submit a joint status report by March 7, 2018, to update the Court on the status of Defendants' progress towards completion of responsive, non-exempt records and any discussions between the parties regarding a potential narrowing of the issues in dispute.

3. This case shall be **CLOSED** for administrative purposes only. The parties may file motions in this case if warranted.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of January, 2018.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE